IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY SCOTT FABRIZIO                                                    PLAINTIFF
ADC # 654248

v.                          No. 1:12-cv-121-DPM-JJV

CINDY SMITH, North Central Unit                                          DEFENDANT

ORDER

On 7 February 2013 the Court ordered Fabrizio to update his address by 22 February 2013. The Court warned that it would otherwise dismiss his complaint under Local Rule 5.5(c)(2). The deadline has passed and Fabrizio has not complied. His remaining claims are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 February 2013