IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTHONY SCOTT FABRIZIO**  **PLAINTIFF**
**ADC # 654248**

v.  No. 1:12-cv-121-DPM

**ARKANSAS DEPARTMENT
OF CORRECTION; CINDY SMITH,
North Central Unit; CHAD McGOWAN,
North Central Unit; and BURROWS, Warden**  **DEFENDANTS**

## JUDGMENT

Fabrizio's claims against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

26 February 2013